UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SHELLEY EVERS, CHRISTINA PATRAS, RITA MELKONIAN, DEBORA CASTRO, and TRICIA WILLARD,<br><br>    Plaintiffs,<br><br> -vs.-<br><br>HOLOGIC, INC.,<br><br>    Defendant. | Case No.  1:22-cv-11895 (ADB) |
| JULIE BLOCK, NERISSA BURKE, KAREN ENSLEY, and DONNITA REIMAN,<br><br>    Plaintiffs,<br><br> -vs.-<br><br>HOLOGIC, INC.,<br><br>    Defendant. | Case No.  1:22-cv-12194 (ADB) |
| SUSIE PRICE, DANA WHITE, MIGDALIA NEGRON, SUSAN MCCOY, and DOROTHY LANEADER,<br><br>    Plaintiffs,<br><br> -vs.-<br><br>HOLOGIC, INC.,<br><br>    Defendant. | Case No.  1:23-cv-12011 (ADB) |

| | |
|---|---|
| **SHIRLEY WEBB, NANCY BARKER, TWILA ROBERTS, DENISE BURKS-SCOTT, and MARY MCKNIGHT,** <br><br>               **Plaintiffs,** <br><br>     -vs.- <br><br> **HOLOGIC, INC.,** <br><br>               **Defendant.** | Case No. 1:23-cv-11823 (ADB) |

## JOINT MOTION TO CONTINUE STATUS CONFERENCES

Defendant Hologic, Inc. and Plaintiffs in the above-captioned matters, by and through their undersigned counsel, hereby move this Court for a continuance of the status conferences presently scheduled for December 5, 2023 (in the *Price* and *Webb* cases) and January 10, 2024 (in the *Evers* and *Block* cases). The Parties respectfully request that the conferences in these related cases be rescheduled for a single date in early February 2024.

In support of their joint motion, the Parties state as follows:

1. All of the above-captioned matters are related product liability cases involving Hologic's BioZorb device. The Parties are represented by the same counsel in all of these cases.

2. The Parties have been working diligently and cooperatively to conduct discovery consistent with the applicable scheduling orders in each of these cases and have made substantial progress. However, due to the challenges of taking discovery from non-party treating physicians, significant work remains, much of which we anticipate will occur over the next two months.

3. The Parties believe that they will be in a better position to advise the Court about the status of the litigation and to discuss future case management after that discovery has concluded.

4.      In view of the foregoing, the Parties respectfully request that the Court continue the status conferences in the above-captioned matters for a date in early February 2024. Counsel for the Parties have conferred and are available on February 6, 2024, assuming that date is convenient for the Court. Further, if the Court is amenable to an in-person conference, counsel for the Parties would welcome the opportunity to attend any such conference in person.

WHEREFORE, counsel for the Parties respectfully request that the Court grant their joint motion to continue the status conferences in the above-captioned matters.

Dated: December 4, 2023

Respectfully submitted,

| HOLOGIC, INC.,<br>By its attorney,<br>*/s/ Daniel S. Pariser*<br>Daniel S. Pariser (admitted *pro hac vice*)<br>Arnold & Porter Kaye Scholer LLP<br>601 Massachusetts Ave., NW<br>Washington, D.C. 20001<br>daniel.pariser@amoldporter.com<br>T: +1 202.942.5000<br>F: +1 202.942.5999 | PLAINTIFFS,<br>By their attorney,<br>*/s/ Agreed by email on December 4, 2023*<br>Elizabeth Ryan<br>John J. Roddy<br>Bailey & Glasser LLP<br>176 Federal Street, 5th Floor<br>Boston, MA 02110<br>eryan@baileyglasser.com<br>jroddy@baileyglasser.com<br>T: +1 617.439.6730<br>F: +1 617.951.3954 |
|---|---|

## CERTIFICATE OF SERVICE

I, Daniel S. Pariser, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants on December 4, 2023.

*/s/ Daniel S. Pariser*
Daniel S. Pariser