**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

**IN RE: BIOZORB DEVICE PRODUCTS LIABILITY LITIGATION**

*This Document Relates to: Plaintiff Beth Deuel in Case No. 1:23-cv-10579*

**Case No. 1:22-cv-11895-ADB**

**JOINT STIPULATION REGARDING PLAINTIFF BETH DEUEL'S REQUEST FOR PUNITIVE DAMAGES**

Pursuant to Local Rule 7.1, counsel for Plaintiff Beth Deuel ("Plaintiff") and Defendant Hologic, Inc. ("Hologic") met and conferred regarding a summary judgment motion contemplated by Hologic to dismiss Plaintiff's request to recover punitive damages. *See Shirkey*, Case No. 1:23-cv-10579, ECF No. 111 at 18 (Prayer for Relief, requesting, *inter alia*, "punitive … damages"). The Parties were able to resolve this issue without engaging in motion practice, and hereby stipulate and agree that Plaintiff forever relinquishes and will not pursue punitive damages in connection with her causes of action arising out of her implantation with BioZorb.

Respectfully submitted,

Dated: October 16, 2025

HOLOGIC, INC.,
By its attorneys,

*/s/ Daniel P. Tighe*
DONNELLY, CONROY & GELHAAR, LLP
Daniel P. Tighe (BBO No. 556583)
Pietro A. Conte (BBO No. 707055)
260 Franklin Street, Suite 1600
Boston, Massachusetts 02110
dpt@dcglaw.com
pac@dcglaw.com
T: +1 617.720.2880

PLAINTIFF BETH DEUEL,
By her attorneys,

*/s/ Christina D. Crow*
JINKS CROW, P.C.
Christina D. Crow (*pro hac vice*)
C. Elizabeth Littell Courson (*pro hac vice*)
219 Prairie Street North
P.O. Box 350
Union Springs, AL 36089
christy.crow@jinkscrow.com
lisa.littell@jinkscrow.com

ARNOLD & PORTER KAYE SCHOLER LLP
Daniel S. Pariser (*pro hac vice*)
Arnold & Porter Kaye Scholer LLP
601 Massachusetts Ave., NW
Washington, D.C. 20001
daniel.pariser@amoldporter.com
T: +1 202.942.5000

Daniel Meyers (*pro hac vice*)
70 West Madison Street, Suite 4200
Chicago, Illinois 60602-4321
daniel.meyers@arnoldporter.com
T: +1 312.583.2393

David Kerschner (*pro hac vice*)
New York, New York 10019
david.kerschner@arnoldporter.com
T: +1.212.836.8000

T: +1 334-738-4225

BAILEY GLASSER, LLP
John Roddy, (BBO No. 424240)
101 Arch Street
Boston, Massachusetts 02110
jroddy@baileyglasser.com
T: +1 617-439-6730

COWPER LAW
C. Moze Cowper (*pro hac vice*)
12301 Wilshire Blvd., Ste. 303
Los Angeles, CA 90025
mcowper@cowperlaw.com
T: +1 877-529-3707

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), on October 16, 2025.

*/s/ Pietro A. Conte*
Pietro A. Conte